# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| BEIJING | 200 PARK AVENUE | MOSCOW |
| CHARLOTTE | NEW YORK, NEW YORK 10166-4193 | NEW YORK |
| CHICAGO | | NEWARK |
| GENEVA | +1 (212) 294-6700 | PARIS |
| HONG KONG | FACSIMILE +1 (212) 294-4700 | SAN FRANCISCO |
| LONDON | | SHANGHAI |
| LOS ANGELES | www.winston.com | WASHINGTON, D.C. |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 0 6 2012

MICHAEL M. MURRAY
(212) 294-3510
mmurray@winston.com

September 4, 2012

**VIA E-MAIL**                                          Attachments Contain Attorneys' Eyes Only Information
The Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Realtime Data LLC v CME, et al., 11-cv-6697, 11-cv-6699 and 11-cv-6702*

Dear Judge Forrest:

We represent the International Securities Exchange, LLC ("ISE") and write to request a two day extension, from today to September 6th, for ISE to file its motion for summary judgment to limit damages, with the opposition and reply dates also being extended two days to September 21 and September 28, respectively.

On Friday, August 31 (only four days ago and more than 2 months after the deadline for filing expert reports), Realtime served, without leave of Court, supplemental reports of its damages expert, Dr. David J. Teece and its technical expert relating to damages, Professor Gregory Kesden. *See* Exhs. A, B. While ISE objects to much of the untimely, additional information in the supplemental reports relating to Realtime's methodology for calculating damages, certain changes appear to correct for serious factual errors in the original reports that were identified by ISE and other Defendants during the depositions of Messrs. Teece and Kesden. ISE requires the additional time to evaluate how and to what extent the supplemental reports substantively affect its anticipated motion for summary judgment.

Counsel for ISE has conferred with Realtime, which does not oppose the extension.

Respectfully submitted,

Michael M. Murray

9/5/12 Application granted.
K. B. Forrest
USDJ