IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 0 8 2014

| | |
|---|---|
| REALTIME DATA, LLC d/b/a IXO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MORGAN STANLEY, *et al.*,<br><br>　　　　　　Defendants. | No. 11 Civ. 6696 (KBF)<br><br>No. 11 Civ. 6701 (KBF)<br><br>No. 11 Civ. 6704 (KBF)<br><br>ECF Case |
| REALTIME DATA, LLC d/b/a IXO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CME GROUP INC., *et al.*,<br><br>　　　　　　Defendants. | No. 11 Civ. 6697 (KBF)<br><br>No. 11 Civ. 6699 (KBF)<br><br>No. 11 Civ. 6702 (KBF)<br><br>ECF Case |
| REALTIME DATA, LLC d/b/a IXO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THOMSON REUTERS, *et al.*,<br><br>　　　　　　Defendants. | No. 11 Civ. 6698 (KBF)<br><br>No. 11 Civ. 6700 (KBF)<br><br>No. 11 Civ. 6703 (KBF)<br><br>ECF Case |

　　Having considered the Motion to Dismiss with Prejudice filed by Plaintiff Realtime Data, LLC D/B/A IXO ("Realtime Data") and Defendants Credit Suisse Holdings (USA), Inc. and Credit Suisse Securities (USA), LLC ("Credit Suisse"), this Court ORDERS:

1. The Complaints filed by Realtime Data against Credit Suisse in the above-captioned cases, including all claims and causes of action asserted by Realtime Data against Credit Suisse, are dismissed with prejudice to the Plaintiff to re-filing same.

2. All Counterclaims filed by Credit Suisse against Realtime Data are dismissed with prejudice to the Defendants to re-filing same.

3. Each of the parties is to bear its own costs and fees, including attorney's fees.

IT SO ORDERED.

_K. B. For_

May 8, 2014